AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
The premises at ▉▉▉▉▉▉▉▉▉, Wichita, Kansas (the ) Case No.  21-6164-GEB
"PREMISES"), and is a tan with white trim, brick veneer, wood )
framed home with attached two-car garage. See Attachment "A". )
)

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ KANSAS
*(identify the person or describe the property to be searched and give its location)*:

The premises at ▉▉▉▉▉▉▉▉▉, Wichita, Kansas (the "PREMISES"), and is a tan with white trim, brick veneer, wood framed home with attached two-car garage. See Attachment "A".

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before   September 29, 2021   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Gwynne E. Birzer _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   Sep 15, 2021  3:15pm                       *Gwynne E. Birzer*
                                                                    *Judge's signature*

City and state:   Wichita, Kansas                HONORABLE GWYNNE E. BIRZER, U.S. Magistrate Judge
                                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 21-6164-GEB | Date and time warrant executed: 09/17/2021 7:03 AM | Copy of warrant and inventory left with: Michael Eckerman |
|---|---|---|

Inventory made in the presence of: Tyler Rempel

Inventory of the property taken and name of any person(s) seized:

1. RED TRUMP HAT
2. Apple I-Phone
3. GREEN TACTICAL VEST
4. BLACK SWEAT SHIRT
5. BLACK SWEAT PANTS
6. LAPTOP COMPUTER DELL
7. NEON GREEN GLOVES

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/17/2021

*Executing officer's signature*

COREY GREEN / SPECIAL AGENT
*Printed name and title*

# EVIDENCE RECOVERY LOG
PRINT LEGIBLY

Case 6:21-mj-06164-GEB *SEALED* Document 5 Filed 09/20/21 Page 3 of 3

## GENERAL INFORMATION (COPY DATA FROM PAGE ONE)

- **DATE:** 9/17/2021
- **CASE ID:** 176-KC-3427834
- **LOCATION:** [redacted] Wichita, KS
- **PREPARER/ASSISTANTS:** SA Kayla Bradley

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY / OBSERVED BY (Last name) | PACKAGING METHOD | COMMENTS (if needed) |
|---|---|---|---|---|---|
| 1 | Red Trump Hat | Hat stand, Living room | SA Corey Green / SA Tyler Rempel | Paper Bag | |
| 2 | Apple I-Phone | On the couch Living room | SA Corey Green / SA Tyler Rempel | Faraday Bag | |
| 3 | Green Tactical Vest ~~Safe in Garage~~ | Safe In Garage | SA Corey Green / SA Tyler Rempel | Paper Bag | |
| 4 | Black Sweatshirt | Hanging in Master Bedroom closet | SA Corey Green / TFO Chris Roubidoux | Paper Bag | |
| 5 | Black Sweat Pants | Hamper in Master Bedroom | SA Corey Green / TFO Chris Roubidoux | Paper Bag | |
| 7 | Neon Green Gloves | Backpack in Living room | SA Corey Green / SA Tyler Rempel | Paper Bag | |
| 6 | Laptop Computer Dell | Back pack in Livingroom | SA Corey Green / SA Tyler Rempel | Paper Bag | |
| 8 | Black Cell Phone | Back pack in Livingroom | SA Corey Green / SA Tyler Rempel | | KB 9/17 |